UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**JOSHUA NUNLEY**, *Individually and on behalf of himself and all other similarly situated current and former employees*

Plaintiff,

v.

**PREMIUM PARKING SERVICES, LLC**, *a Louisiana Limited Liability Company,*

Defendant.

Case No. 2:22-cv-02194-JTF-atc

FLSA Opt-in Collective Action
JURY DEMANDED

## AGREED STIPULATION REGARDING CONDITIONAL CERTIFICATION AND NOTICE TO THE PUTATIVE CLASS MEMBERS

Plaintiff Joshua Nunley, individually and on behalf of all opt-in plaintiffs and others similarly situated ("Plaintiffs"), and Defendant Premium Parking Service, L.L.C. ("Defendant") (collectively, the "Parties"), enter this Agreed Stipulation and hereby request the Court's approval of the following:

1. The Parties agree to conditional certification of the Putative Class of "all current and former hourly valet employees of Premium Parking who worked in Tennessee and who were not paid at least $7.25 per hour at any time in 2021-2022" (the "Putative Class Members").

2. Defendant will provide the names and last known addresses for the "Putative Class Members" to Plaintiff's counsel for review no later than fourteen (14) days

following the Court's granting of the Order for Conditional Certification. This information will be provided in a usable electronic format, such as Excel.

3. Defendant will have twenty-one (21) days following the Court's granting of the Order for Conditional Certification to distribute the Notice and Consent forms to the Putative Class Members. A copy of the Agreed Notice and Consent Forms are attached hereto as Exhibit "A."

4. Defendant will send the Putative Class Members an initial Notice and Consent form by regular First-Class Mail.

5. The Putative Class Members will have thirty (30) days from the initial mailing of the Notice and Consent form to file the Consent form with this Court to opt-in to the above captioned lawsuit (the "opt-in period").

6. Plaintiff's Counsel will provide Defendant's Counsel with copies of the signed consent forms on a regular, rolling basis as they are received and Plaintiff's Counsel shall file signed consent forms with the Court within fourteen (14) days of receipt.

7. Plaintiff's counsel must maintain the physical addresses as confidential records and shall not share the information with any third-party. At the conclusion of the opt-in period, Plaintiff's counsel must destroy/delete all copies of the information pertaining to any Putative Class Member who did not timely file a Consent form.

Date: May 23, 2023                          Respectfully submitted,

                                  By:
                                            **JONES WALKER LLP**

                                            */s/ Jennifer F. Kogos*
                                            Jennifer F. Kogos (admitted *phv*
                                            LA Bar No. 25668)
                                            Jason Culotta (admitted *phv*
                                            LA Bar No. 35731)
                                            **Jones Walker LLP**
                                            201 St. Charles Avenue, 47th Floor
                                            New Orleans, Louisiana 70170-5100
                                            Phone: (504) 582-8154
                                            Fax:    (504) 589-8154
                                            Email: jkogos@joneswalker.com
                                                       jculotta@joneswalker.com

                                            And

                                            John W. Simmons (TN Bar No. 12248)
                                            **Simmons Law Firm, PLLC**
                                            50 North Front St. Suite 850
                                            Memphis, TN 38103
                                            Phone: (901) 496-8415
                                            Email: Jwadesimm850@outlook.com

                                            *Counsel for Defendant Premium Parking Service, L.L.C.*

/s/J. Russ Bryant
**J. Russ Bryant (TN BPR #33830)**
**JACKSON SHIELDS YEISER HOLT**
**OWEN & BRYANT**
Attorneys at Law
262 German Oak Drive
Memphis, Tennessee 38018
Tel: (901) 754-8001
Fax: (901) 759-1745
*rbryant@jsyc.com*

*Attorney for Named Plaintiff on behalf of himself and similarly situated current and former employees*

### CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2023, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Western District of Tennessee, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/J. Russ Bryant