UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

**JOSHUA NUNLEY**, *Individually and on behalf of himself and all other similarly situated current and former employees*

Plaintiff,

v.

**PREMIUM PARKING SERVICES, LLC**,
*a Louisiana Limited Liability Company,*

Defendant.

Case No. 2:22-cv-02194-JTF-atc

FLSA Opt-in Collective Action
JURY DEMANDED

## JOINT MOTION TO APPROVE SETTLEMENT AND FOR DISMISSAL

**NOW INTO COURT**, through undersigned counsel, come Plaintiff, Joshua Nunley, and all Opt-In Plaintiffs (collectively referred to as "Plaintiffs"), and Defendant, Premium Parking Service, L.L.C. ("Defendant") (collectively referred to as the "Parties"), who hereby represent to the Court that they have resolved the claims in this matter in their entirety and respectfully request that the Court approve the Confidential Settlement Agreement and attachments thereto under the Fair Labor Standards Act, which are being submitted to the Court and attached hereto as *Exhibit A*. The Parties also request that the Court approve the amount allocated for Plaintiffs' attorney's fees and costs.

The Parties also request that the Court dismiss this lawsuit, each party to bear its own fees and costs except as provided in the Confidential Settlement Agreement, without prejudice to the rights of the Parties to move for summary judgment seeking to enforce the settlement if not consummated. The Parties also request that the Court retain jurisdiction over the Parties and their Confidential Settlement Agreement for purposes of enforcing such agreements should any

controversy arise about the terms of the agreements or any party's performance of its obligations thereunder.

Finally, the Parties request that, upon the Court's receipt of a joint motion to dismiss to be filed by the Parties no later than 14 days after the disbursement of the balance of the payments as specified in the Confidential Settlement Agreement, the Court enter a final order dismissing with prejudice the claims of all Plaintiffs in this Lawsuit according to the terms of the Confidential Settlement Agreement, each party to bear its own fees and costs except as provided in the Confidential Settlement Agreement.

**WHEREFORE**, the Parties respectfully request that this Court grant this joint motion, approving the Confidential Settlement Agreement and dismissing the claims of Plaintiffs without prejudice as prayed for herein and set forth in the accompanying proposed Order.

Respectfully submitted,

*/s/ Jennifer F. Kogos*
Jennifer F. Kogos (admitted *phv*
LA Bar No. 25668)
Jason Culotta (admitted *phv*
LA Bar No. 35731)
**Jones Walker LLP**
201 St. Charles Avenue, 47th Floor
New Orleans, Louisiana 70170-5100
Phone: (504) 582-8154
Fax:    (504) 589-8154
Email: jkogos@joneswalker.com
           jculotta@joneswalker.com

*\*Admitted Pro Hac Vice*

And

John W. Simmons (TN Bar No. 12248)
**Simmons Law Firm, PLLC**
50 North Front St. Suite 850
Memphis, TN 38103
Phone: (901) 496-8415
Email: Jwadesimm850@outlook.com

**C***ounsel for Defendant Premium Parking Service, L.L.C.*

*/s/J. Russ Bryant*
J. Russ Bryant (TN #33830)
**JACKSON SHIELDS YEISER HOLT OWEN & BRYANT**
Attorneys at Law
262 German Oak Drive
Memphis, Tennessee 38018
Telephone:  (901) 754-8001
Facsimile:  (901) 759-1745
rbryant@jsyc.com

*Attorneys for Named Plaintiff, on behalf of himself and all other similarly situated current and former employees*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 13, 2023 a true and correct copy of the foregoing pleading was served via ECF electronic filing on all counsel of record.

                */s/ J. Russ Bryant*
                J. Russ Bryant