# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| JOSHUA NUNLEY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 2:22-cv-02194-JTF-atc |
| PREMIUM PARKING SERVICES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice in accordance with the Order Approving Settlement of FLSA Claims, and Dismissing Plaintiff's Complaint without Prejudice, entered on June 14, 2023. (ECF No. 40.)

# APPROVED:

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
UNITED STATES DISTRICT JUDGE

June 14, 2023
DATE

WENDY OLIVER
CLERK

Ameshia Forrest
(By) LAW CLERK