**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **JOSHUA NUNLEY** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Case No. 2:22-cv-02194-JTF-atc** |
| **PREMIUM PARKING SERVICES, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**AMENDED JUDGMENT**

Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order Approving Settlement of FLSA Claims, entered on June 14, 2023 (ECF No. 40) and the Notice of Dismissal, filed on September 27, 2023 (ECF No. 42) dismissing the case with prejudice.


# APPROVED:

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.                          WENDY OLIVER
UNITED STATES DISTRICT JUDGE                  CLERK

September 28, 2023                            Dairanetta Spain
DATE                                         (By) LAW CLERK